```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :    MODIFICATION OF
                                  :    PROTECTIVE ORDER
     - v. -                       :
                                  :    19 Cr. 703 (LTS)
ANDREW GARSON,                    :
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - - -x
```

WHEREAS, the United States of America has provided to defense counsel, in unredacted form, certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

WHEREAS, some material that the Government provided to defense counsel contains personal identification information of specific individuals, and other confidential information (the "Confidential Information"); and

WHEREAS, in light of the unique circumstances presented by the ongoing COVID-19 pandemic, the Government is willing, under the conditions set forth below, to allow the defendant himself to possess and review the Confidential Information in the absence of defense counsel;

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Christopher J. DiMase, Assistant United States Attorney, and defendant Andrew Garson, by and through his attorney, Alan Zegas, Esq., that:

1. The Protective Order entered in this case on November 5, 2019 (ECF Doc. No. 11) (the "Original Protective Order"), is hereby modified as follows.

2. Notwithstanding Paragraph 2(b) of the Original Protective Order, the Confidential Information may be possessed and reviewed by the defendant in the absence of defense counsel, provided that:

(a) The Confidential Information shall be used by the defendant only for purposes of the defense of this action;

(b) The defendant may not make any additional copies of the Confidential Information;

(c) The defendant may not disclose the Confidential Information to any other party in any form, except through defense counsel as described in Paragraph 2(c) of the Original Protective Order; and

(d) Any Confidential Information possessed by the defendant shall be returned to the Government or destroyed, consistent with the terms of Paragraph 2(d) of the Original Protective Order.

3. All other provisions of the Original Protective Order shall remain in effect.

Dated: New York, New York
April ___, 2020

AGREED BY:

GEOFFREY S. BERMAN
United States Attorney for the Southern District of New York

By: _____
Christopher J. DiMase
Assistant United States Attorney
(212) 637-2433

_____
Alan Zegas, Esq
Attorney for Defendant Andrew Garson

SO ORDERED:

/s/ Laura Taylor Swain  5/12/2020
_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3