

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2020

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. Andrew Garson*, 19 Cr. 703 (LTS)

Dear Judge Swain:

      The Government and the defendant write jointly to respectfully request an adjournment of the upcoming September 9, 2020 pretrial conference in the above-captioned matter, for a period of approximately 60 days. The Government and counsel for the defendant jointly seek that adjournment for the purpose of engaging in discussions regarding a potential pretrial resolution of the case. The Government further requests, with the consent of the defendant, that Speedy Trial time between September 8, 2020 (on which date the September 9, 2020 conference was originally scheduled) and any adjourn date chosen by the Court, be excluded in the interests of justice.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    _____
      Christopher J. DiMase
      Assistant United States Attorney
      Tel.: (212) 637-2433

cc:    Alan Zegas, Esq. (by ECF)
      Joshua Nahum, Esq. (by ECF)

The application is granted. The conference is adjourned to November 12, 2020, at 2:00 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through November 12, 2020, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.
SO ORDERED.
Dated: September 8, 2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ