

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2022

**BY ECF AND ELECTRONIC MAIL**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Andrew Garson*, 19 Cr. 703 (LTS)

Dear Judge Swain:

The Government and the defendant write jointly to respectfully request an adjournment of the upcoming March 29, 2022 pretrial conference in the above-captioned matter, for a period of approximately 60 days. The Government and counsel for the defendant jointly seek that adjournment for the purpose of continuing discussions regarding a potential pretrial resolution of the case. The Government further requests, with the consent of the defendant, that Speedy Trial time between March 29, 2022, and any adjourn date chosen by the Court, be excluded in the interests of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

cc:   Alan Zegas, Esq. (by ECF)
      Joshua Nahum, Esq. (by ECF)

Application granted to the extent that the pretrial conference scheduled for March 29, 2022, at 3:00 p.m., is adjourned to May 24, 2022, at 3:00 p.m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through to May 24, 2022, outweigh the best interests of the public and the defendant in a speedy trial to afford time for further discussions and advice as set forth above. DE#44 resolved. SO ORDERED.
Dated: March 16, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.