

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF AND ELECTRONIC MAIL**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Andrew Garson*, 19 Cr. 703 (LTS)

Dear Judge Swain:

The Government and the defendant write jointly to respectfully request an adjournment of the upcoming November 15, 2022 pretrial conference in the above-captioned matter, to a date convenient for the Court during the week of December 19, 2022. The Government and counsel for the defendant jointly seek that adjournment for the purpose of continuing discussions regarding a potential pretrial resolution of the case. The Government further requests, with the consent of the defendant, that Speedy Trial time between November 15, 2022, and any adjourn date chosen by the Court, be excluded in the interests of justice.

The foregoing request is granted. The pretrial conference is hereby rescheduled to December 19, 2022, at 3:30 p.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through December 19, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#56 resolved. SO ORDERED.
Dated: November 7, 2022.   /s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

cc:   Alan Zegas, Esq. (by ECF)
      Joshua Nahum, Esq. (by ECF)