

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2023

**BY ECF AND ELECTRONIC MAIL**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Andrew Garson*, 19 Cr. 703 (LTS)

Dear Judge Swain:

    The Government and the defendant write jointly to respectfully request an adjournment of approximately 60 days of the upcoming February 16, 2023 pretrial conference in the above-captioned matter, to a date convenient for the Court in or about mid-April 2023. The Government and counsel for the defendant jointly seek that adjournment for the purpose of continuing discussions regarding a potential pretrial resolution of the case. The Government further requests, with the consent of the defendant, that Speedy Trial time between February 16, 2023, and any adjourn date chosen by the Court, be excluded in the interests of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

cc:   Alan Zegas, Esq. (by ECF)
      Joshua Nahum, Esq. (by ECF)

The foregoing request for adjournment is granted. The pretrial conference is hereby rescheduled to April 18, 2023, at 2:30 p.m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through April 18, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#62 resolved. SO ORDERED. February 13, 2023. /s/ Laura Taylor Swain, Chief USDJ