# Law Offices of Alan L. Zegas

374 Millburn Avenue
Suite 202 East
Millburn, New Jersey 07041
_____

phone:    973-379-1999

www.zegaslaw.com

Alan L. Zegas (NJ, NY, SDNY, & EDNY Bars)
Joshua Nahum (NJ, NY, & SDNY Bars)

azegas@zegaslaw.com
jnahum@zegaslaw.com

August 11, 2023

**Via E-file**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
Courtroom 17C
New York, New York  10007-1312

          Re:  **United States v. Andrew Garson**
               **Case No. 19 CR 703**

Dear Judge Swain:

     As you know, this firm represents Andrew Garson in the above matter.  We are writing to request permission for Mr. Garson to travel to Baltimore/Aberdeen, Maryland area to attend an event with his family from August 24, 2023, through August 27, 2023.

     Mr. Garson consulted with his pretrial officer, Robert Stehle, who did not have an issue with this request.

     Also, my office contacted Timothy Capozzi, AUSA, and he said that he would defer to Pretrial Services regarding the request.

     Thank you for your consideration.

                               Respectfully submitted,
                               **Law Offices of Alan L. Zegas**

                               /s/ Alan L. Zegas_____
                               Alan L. Zegas

ALZ/lm

cc:  Timothy Capozzi, AUSA (Via E-File)
     Robert Stehle, Pretrial Services (Via Email)