

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2023

**BY ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Andrew Garson*, 19 Cr. 703 (LTS)

Dear Judge Swain:

The Government and the defendant write jointly to respectfully request that the Court adjourn the plea hearing currently scheduled in the above-referenced case for October 27, 2023, and reschedule that hearing for November 1, 2023, at 10:30 a.m.  The Government further requests, with the consent of the defendant, that Speedy Trial time between October 27, 2023, and November 1, 2023, be excluded in the interests of justice to allow time for continued discussions of the anticipated pretrial resolution in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy V. Capozzi
Assistant United States Attorney
Tel.: (212) 637-2433

The foregoing request is granted.  The plea hearing is hereby rescheduled for November 1, 2023, at 10:30 a.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through November 1, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.
DE#77 resolved.
SO ORDERED.
October 26, 2023
/s/ Laura Taylor Swain, Chief USDJ